CLS
8/10/22

DOA: 8/9/22

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22MJ8579 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 18 U.S.C. § 922(g)(1) – |
| Ismael PACHECO (1), | Felon in Possession of a Firearm (Felony) |
| Raysean THOMAS (2), | |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about August 9, 2022, within the Southern District of California, defendants Ismael PACHECO and Raysean THOMAS, knowing their status as convicted felons, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms that traveled in and affected interstate commerce, to wit the following:

| Manufacturer | Model | Caliber | Serial Number | Firearm |
| --- | --- | --- | --- | --- |
| American Tactical | Omni Hybrid | 5.56 | NS342079 | Pistol |

| Franklin Armory | FAI-15 | Multi-Cal | A-18289 | Short-Barreled Rifle |
|---|---|---|---|---|
| American Tactical | Omni Hybrid | Multi-Cal | NS335775 | Pistol |
| Taurus Millenium | PT 145 Pro | 45 | NFM27624 | Pistol |
| Rock Island Armory | M1911 A1-FS | .45 ACP | RIA2329380 | Pistol |
| Glock | 27 Gen 4 | 40 Cal | RUE794 | Pistol |
| Glock | 22 Gen 4 | 40 Cal | YLY893 | Pistol |

in violation of Title 18, United States Code, Section 922(g)(1).

The complainant further states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

_____
FELIX OSORIO-RUIZ, SPECIAL AGENT
Bureau Of Alcohol, Tobacco, Firearms & Explosives

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th day of August, 2022.

_____
HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES OF AMERICA

   v.

Ismael PACHECO (1),

Raysean THOMAS (2),

## PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On or about August 9, 2022, United States Border Patrol (USBP) Agents assigned to the Highway 86 Checkpoint near Westmorland, California, were conducting immigration inspection duties. Agents observed a Gold Kia Sedona bearing Arizona license plates approach the primary inspection area. Agents identified themselves as USBP and began to interview Ismael PACHECO (PACHECO), the driver of the vehicle. Agents also interviewed a male passenger, later identified as Raysean THOMAS (THOMAS), and their backseat passenger.

All three male individuals identified themselves as United States Citizens. During the primary inspection, Agents smelled a strong odor of marijuana from the vehicle. Agents asked PACHECO if anyone in the vehicle smokes marijuana, in which PACHECO stated he had marijuana inside the vehicle within a bag. Agents inquired where PACHECO was coming from and currently heading. PACHECO stated they were traveling from Phoenix, Arizona and heading to Barstow, California.

Based on the Agents training and experience, PACHECO's travel pattern raised suspicion of criminal conduct due to the most direct route from Phoenix, Arizona, to Barstow, California, being Interstate-10, and the strong odor of marijuana coming from within the vehicle. Agents referred the vehicle to secondary inspection.

Once in secondary inspection, Agents obtained a second decalaration from PACHECO, in which he confirmed there to be marijuana inside the vehicle and nothing else. All occupants of the vehicle were asked to exit the vehicle and wait in the secondary inspection area.

Agents asked who the owner of the vehicle was. PACHECO stated it belonged to THOMAS. THOMAS then stated the vehicle belonged to his mother and gave the Agent consent to have the vehicle searched. USBP Agent and canine partner conducted a canine sniff of the vehicle in which the canine alerted to a black backpack located in the rear passenger seat. A physical search of the backpack revealed approximately 24 grams of a green-leafy substance with the characteristics of marijuana.

A further search of the interior of the vehicle revealed a Taurus and Glock 27 pistol in the center console. A third firearm was found in a baseball hat case on the floor board of the vehicle. USBP Agents located four (4) additional firearms in the rear cargo area of the vehicle, ammunition that ranged from 40, 45 ACP, and .223 caliber, and firearm magazines. Records checks on all firearms were conducted with negative results.

All occupants of the vehicle were escorted into the checkpoint facility for interview and processing. No one claimed ownership of the firearms. PACHECO advised USBP Agents he could not possess any firearms due to his time spent in prison. Records check revealed PACHECO and THOMAS to be convicted felons who are unable to possess firearms and ammunition. USBP contacted ATF pertaining to the firearms found.

PACHECO was advised of his Miranda rights, acknowledged his rights, and agreed to speak with agents without the presence of an attorney. PACHECO stated the Glock 27 found in the center console of the vehicle belonged to him along with the body armor. PACHECO stated he recently purchased the Glock 27 for approximately $700 dollars and uses the body armor for protection.

PACHECO further stated he was advised to drop off the firearms at in Barstow, California, and collect $5,000. PACHECO admitted to being documented as a gang member and was looking to make some quick cash by driving the firearms from Arizona to

California. Subsequently, PACHECO stated everything in the vehicle belonged to him and knew he was unable to possess the firearms and ammunition due to his prohibited status.

THOMAS was advised of his Miranda rights, acknowledged his rights, and agreed to speak with agents without the presence of an attorney. THOMAS stated the vehicle is registered to his mother and he received permission from her to borrow the vehicle and take it to California. THOMAS advised the SAs he was unaware of the firearms and ammunition within the vehicle.

THOMAS further stated PACHECO planned the trip to California and he was under the impression they were going to visit beaches in California. THOMAS stated he was occupied on the phone with his mother when he observed PACHECO place boxes inside the vehicle. THOMAS claims he did not ask PACHECO what the boxes contained. THOMAS stated he has known PACHECO for approximately ten (10) years and confirmed to be associated in the same gang.

THOMAS stated he picked up PACHECO and the backseat passenger in Phoenix, Arizona, and began driving to California. Before approaching the 86 Border Patrol Checkpoint, THOMAS traded seats with PACHECO. THOMAS stated he served time in prison for armed robbery and is aware of his prohibited status to possess firearms and ammunition.

Records checks on PACHECO revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 12/19/2017 | Maricopa County, Phoenix, AZ | Armed Robbery- With Deadly Weapon; Felony. | 3 years and 7 months Parole. |

Records checks on THOMAS revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 02/20/2020 | Glendale, Arizona | Armed Robbery- Threat Use WPN; Felony. | Deferred Jail Sentence 1 year; 4 years Probation; Class II Felony. |

5

The Franklin Armory Model FAI-15 bearing serial number #A-18289 was measured and determined to be a short barreled rifle, meaning it has a barrel that measures less than 16 inches and overall length of less than 26 inches.

The firearms were inspected by ATF and preliminary checks revealed that they were not manufactured in California. Therefore, the firearms traveled in, and/or affected interstate commerce to arrive in the state of California.