UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ISMAEL PACHECO (1),<br>　　　　　Defendant. | Case No. 22cr2064-JO<br><br>[~~PROPOSED~~] ORDER OF<br>CRIMINAL FORFEITURE |

　　　WHEREAS in the Information and Bill of Particulars the United States sought forfeiture of all right, title, and interest in all firearms and ammunition of Defendant ISMAEL PACHECO ("Defendant"), pursuant to Title 18, United States Code, Section 924(d), Title 28 and United States Code, Section 2461(c) as all firearms and ammunition involved in a violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2 as set forth in Count 1 of the Information;

　　　WHEREAS, on or about February 09, 2023, Defendant pled guilty before Magistrate Judge Mitchell D. Dembin to the offense set forth in Count 1 of the Information, charging the defendant with Felon in Possession of firearms, in violation of Title 18, United States Code, Section 922(g)(1) and Title 18, United States Code, Section 2, consented to the forfeiture allegations of the Information, and agreed pursuant to Title 18, United States Code, Section 924(d), Title 28 and United States Code, Section 2461(c) to forfeit all firearms and ammunition seized in connection with this case including but not limited to the following:

   a. Franklin Armory FAI-15 Rifle CAL:Multi SN:A18289;

   b. American Tactical Imports - ATI OMNI Hybrid Pistol CAL:Multi SN:NS335775;

   c. American Tactical Imports - ATI OMNI Hubrid Pistol CAL:Multi SN:NS342079;

   d. Glock GMBH 22GEN4 Pistol CAL:40 SN:YLY893;

   e. Taurus International PT145 PRO Pistol CAL:45 SN:NFM27624;

   f. Rock Island Armory INC. (Geneseo, IL) 1911A1 Pistol CAL:45 SN:RIA2329380;

   g. Glock GMBH 27GEN4 Pistol CAL:40 SN:RUE794;

   h. 35 Rounds Assorted Ammunition CAL:40;

   i. 10 Rounds Assorted Ammunition CAL:45;

   j. 25 Rounds Assorted Ammunition CAL:223; and

WHEREAS, on March 20, 2023, this Court accepted the guilty plea of Defendant; and

WHEREAS, by virtue of the facts set forth in the plea agreement and forfeiture addendum, the United States has established the requisite nexus between the forfeited firearms and ammunition and the offense; and

WHEREAS, on or about January 30, 2023, the firearms and ammunition were administratively forfeited in the Southern District of California by the Bureau of Alcohol Tobacco, Firearms and Explosives ("ATF"); and

WHEREAS, the United States, having submitted the Order herein to the Defendant through his attorney of record, to review, and no objections having been received; and

According, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Based upon the guilty plea of the Defendant, all right, title, and interest of Defendant, ISMAEL PACHECO, in the following firearms and ammunition are hereby forfeited to the United States:

   a. Franklin Armory FAI-15 Rifle CAL:Multi SN:A18289;

    b.    American Tactical Imports - ATI OMNI Hybrid Pistol CAL:Multi SN:NS335775;

    c.    American Tactical Imports - ATI OMNI Hubrid Pistol CAL:Multi SN:NS342079;

    d.    Glock GMBH 22GEN4 Pistol CAL:40 SN:YLY893;

    e.    Taurus International PT145 PRO Pistol CAL:45 SN:NFM27624;

    f.    Rock Island Armory INC. (Geneseo, IL) 1911A1 Pistol CAL:45 SN:RIA2329380;

    g.    Glock GMBH 27GEN4 Pistol CAL:40 SN:RUE794;

    h.    35 Rounds Assorted Ammunition CAL:40;

    i.    10 Rounds Assorted Ammunition CAL:45; and,

    j.    25 Rounds Assorted Ammunition CAL:223.

2.    The Court reaffirms the completed administrative forfeiture proceedings as to the aforementioned assets and therefore no ancillary proceedings or further forfeiture actions are required in this case.

3.    This order shall be incorporated and included as a part of the judgment in this case when Defendant is sentenced.

DATED: 6/13/23

Honorable Jinsook Ohta
United States District Judge